Commonwealth of Massachusetts ~~Municipal Court~~ Superior Court

Suffolk

Kevin Jones (Plaintiff)
888 Washington St 305
Boston MA 02111

vs

(Defendants)

Internal Revenue service
310 Lowell St
Andover MA 01810

U.S. Department of Treasury
Bureau of Fiscal Services
P.O. Box 1686
Birmingham, AL 35201

Massachussetts Dept of Revenue
PO Box 7089
Boston MA 02241

Dept of Unemployment Assistance
19 Stanifard St.
Boston MA 02114

Seeking $15,000,000 in relief

Statement of Facts:

I was approved for PUA benefits in the amount of 29,600 dollars which I immediately returned to the Dept. of Unemployment Assistance when it was later determined I was ineligable. There were no instructions on the PUA website on how to

return the money to you later that month. UIA said their was a collection for the money. I sent a copy of the reciept to various individuals & organizations in the hope of resolving the issue, but the DUA said they never recieved the money. Not until I had put the PUA on the phone with the bank, which they initially refused, was I given the document to prove this money was returned. After hundreds of phone calls, unable to speak to a live agent at any organization, I was finally able to show the cashed check to the PUA. The following year the nightmare began again as now the DUA reported the money I returned as income to the IRS & State. Again unable to reach anybody at any organization because of their automated phone services, I eventually spoke with several individuals in this regard, who placed the blame on other individuals, and said I would have to jump through even more hoops to resolve the situation. The IRS wrote me a letter, and I responded with the proof that I don't owe them money, they immediatly said they needed more time, but took my tax returns and paid it

to the state, on money that was misreported, and 'returned' the ~~following~~ previous year. Just recently I recieved a letter from the IRS, denying that I disagreed with the income changes. I did the right thing years ago, and I am being harrassed financially, and undue hardship has been placed on me, as I was counting on my tax returns to pay my bills. (See exhibit A)

## Statement of Claims.

Negligence
Gross Incompetence
Dishonesty
Harrasment of a Financial Nature
Undue Hardship & Burden

## Relief

15,000,000 USD

April 19, 2023

Kevin Jones